NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JENNIFER HOLT,             )
                               )
        Appellant,        )
                               )
v.                              )
                               )     Case No. 2D18-4147
STATE OF FLORIDA,      )
                               )
        Appellee.         )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Carly J. Robbins-Gilbert, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tampa,
for Appellee.

PER CURIAM.

        Affirmed.

KELLY, SLEET, and LUCAS, JJ., Concur.